



**MEMORANDUM OPINION**

No. 04-09-00049-CV

**IN THE INTEREST OF C.G.**, a Child,

From the 216th Judicial District Court, Bandera County, Texas
Trial Court No. 9350-04
Honorable Michael P. Peden, Judge Presiding

PER CURIAM

Sitting:      Phylis J. Speedlin, Justice
                Rebecca Simmons, Justice
                Steven C. Hilbig, Justice

Delivered and Filed:   May 6, 2009

DISMISSED

On March 27, 2009, we issued a show cause order instructing appellant to respond by either paying the filing fee of $175.00 to the clerk of this court, or providing written proof that appellant is entitled to appeal without paying the filing fee, on or before April 13, 2009. *See* TEX. R. APP. P. 5. Appellant has failed to respond to the court's order. Therefore, we dismiss the appeal. *See* TEX. R. APP. P. 42.3(c). Costs of appeal are taxed against appellant.

PER CURIAM